# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 110 MM 2019

Respondent     :

v.     :

JOHN EUGENE PATRICK, III,     :

Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of December, 2019, the Petition for Leave to File Allowance of Appeal *Nunc Pro Tunc* is DENIED.